Matthew B. Hippler (SBN 7015)
Joshua M. Halen (SBN 13885)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: 775 | 327-3000
Facsimile: 775  | 786-6179
mhippler@hollandhart.com
jmhalen@hollandhart.com

Attorneys for *Next Level 4Mation LLC*
(dba Innovative Capital Acquisitions)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOPE BODDY,<br><br>    Plaintiff,<br><br>v.<br><br>INNOVATIVE CAPITAL ACQUISITIONS,<br><br>    Defendant. | Case No. 2:21-cv-01781-GMN-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

  Plaintiff Hope Boddy and Defendant Next Level 4Mation LLC (dba Innovative Capital Acquisitions), by and through their respective counsel of record, hereby stipulate and agree as follows:

  1.  That on September 27, 2021, Plaintiff filed a Complaint in the above-entitled action.

  2.  That Defendant was served with the Summons and Complaint on October 1, 2021. Its deadline to respond to the Complaint is October 22, 2021.

  3.  That Defendant shall have up to, and including, November 22, 2021, to answer or otherwise plead in response to Plaintiff's Complaint.

/ / /

/ / /

1

4. This is the first request for an extension of this deadline made by the parties.

| DATED this October 13, 2021. | DATED this October 13, 2021. |
|---|---|
| KRIEGER LAW GROUP, LLC | HOLLAND & HART LLP |
| By: /s/ Shawn Miller<br>David Krieger (SBN 9086)<br>Shawn Miller (SBN 7825)<br>2850 W. Horizon Ridge Pkwy. Ste. 200<br>Henderson, Nevada 89052<br>Phone: (702) 848-3855<br>Attorneys for *Plaintiff* | By: /s/ Matthew Hippler<br>Matthew B. Hippler (SBN 7015)<br>Joshua M. Halen (SBN 13885)<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>Phone: (775) 327-3000<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: October 14, 2021